**VERDICT FORM**

**FILED**
JEFFREY A. APPERSON, CLERK
MAY 14 2010
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| United States District Court | District<br>Western District of Kentucky |
|---|---|
| Case Title<br><br>UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD GILBERT | Docket No.<br><br><br>CRIMINAL ACTION NO. 3:09CR-57-S |

WE, THE JURY, IN THE ABOVE ENTITLED AND NUMBERED CASE FIND:

The defendant, Richard Gilbert, __Guilty__ as to Count 1 of the superseding indictment.
(guilty/not guilty)

The defendant, Richard Gilbert, __Guilty__ as to Count 2 of the superseding indictment.
(guilty/not guilty)

Foreperson's Signature: _Juror #51_

Date: _May 14 2010_